RECEIVED
OCT 1 2 2005
ROBERT H. ... CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARVIN R. WILSON** | : | **DOCKET NO. 2:05-cv-664**<br>**Section P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **STATE OF LOUISIANA, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### ORDER

Currently before the court is a "Motion to Perfect Citation and Order" [doc.15] filed by *pro se* the plaintiff, Marvin R. Wilton. By this motion, the plaintiff seeks to have the court order the United States Marshal Service to serve his complaint on the defendants.

Because plaintiff is proceeding *in forma pauperis*, service of process will be effected through the United States Marshal Service once it is determined that service of process is appropriate. *See* Fed.R.Civ.P. Rule 4; 28 U.S.C. §1915(d). However, the court notes that complaints which are filed *in forma pauperis* are also subject to review under 28 U.S.C. §1915(e)(2) and may be dismissed at any time if the court determines that the action is frivolous or malicious, fails to state a claim upon which relief can be granted, or seeks monetary damages against a defendant who is immune from such relief. Accordingly, this court will undertake a review of this complaint under §1915(e)(2) before directing the United States Marshal Service to serve process on the defendants.

Accordingly, it is ORDERED that plaintiff's motion be GRANTED to the extent that the court will direct the United States Marshal Service to serve process in this case if such action is appropriate following a review of the complaint under 28 U.S.C. §1915(e). It is DENIED to the extent that Plaintiff seeks immediate service of process.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of October, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE