UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

MARVIN RAY WILTON, JR.     CIVIL ACTION NO. 05-664LC

VS.     SECTION P

STATE OF LOUISIANA, ET AL     JUDGE TRIMBLE

    MAGISTRATE JUDGE WILSON

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the *habeas* claims herein be **DISMISSED** for want of jurisdiction, but without prejudice to plaintiff's right to file a motion for leave to file a second or successive § 2254 petition in the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A).

**IT IS FURTHER ORDERED** that plaintiff's civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 8th day of December, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE